```
              IN THE UNITED STATES DISTRICT COURT
                 WESTERN DISTRICT OF ARKANSAS
                      HOT SPRINGS DIVISION
```

CHRISTOPHER R. CULPEPPER                                    PLAINTIFFS

    V.                         Civil No. 10-6036

DR. JEREMY THOMPSON; SUSIE BECK                             DEFENDANTS

## **O R D E R**

NOW on this 7th day of June, 2010, comes on for consideration the **Motion to Dismiss (Doc. 6)** of Christopher R. Culpepper. The Court, being well and sufficiently advised, finds that the motion should be, and it hereby is, **GRANTED** and the plaintiffs' complaint is dismissed.

IT IS SO ORDERED.

                                              <u>/S/JIMM LARRY HENDREN</u>
                                              JIMM LARRY HENDREN
                                              UNITED STATES DISTRICT JUDGE